UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20mj03179 Reid - 3CCD

UNITED STATES OF AMERICA

v.

LEE CASAS

Defendant.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?  ___ Yes ___ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___ Yes ___ No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?  ___ Yes ___ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: *Michele S. Vigilance*
Michele S. Vigilance
ASSISTANT UNITED STATES ATTORNEY
District Court No.
11200 NW 20th Street, Suite 101
Miami, FL 33172
Tel:     (305) 432 1406
Fax:
Email:   michele.vigilance@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.   1:20mj03179 Reid - 3CCD |
| LEE CASAS | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 18, 2020__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 751(a) | Escape from Custody |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Timothy Hartman, U.S. Marshals Service
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim. 4.1 by FaceTime

Date: July 17, 2020

_____
*Judge's signature*

City and state:   Miami, Florida     Lisette M. Reid, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Timothy Hartman, being duly sworn, depose and state as follows:

1. I am a Deputy U.S. Marshal with the United States Marshals Service and have been so employed since 2018. Between 2001 and 2010, I was a Deputy Sheriff in the Manatee Sheriff's Department. Between 2010 and 2018, I served as a Federal Air Marshal with the Federal Air Marshals Service.

2. During the course of my career in law enforcement, I have led, conducted, and participated in criminal investigations involving escape from custody, homicide, burglary, robbery and domestic and international fugitive investigations,

3. I have been trained in, and have personally conducted criminal investigations involving or relating to fugitives who are actively fleeing from prosecution and/or incarceration and am currently assigned in that capacity, in the United States Marshal Fugitive unit in Miami, Florida. I have completed the Criminal Investigatory Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia.

4. The information contained in this Affidavit is submitted for the sole purpose of establishing probable cause that on or about May 18, 2020, LEE CASAS did knowingly Escape from Custody, in violation of Title 18, United States Code, Section 751(a).

5. The information contained in this Affidavit is based on my personal knowledge and information provided to me by others, including other law enforcement personnel. The information set forth herein is provided solely for the purpose of establishing probable cause in support of the criminal complaint. Because this Affidavit

is submitted for the limited purpose of establishing probable, it does not include all of the facts learned during the course of the investigation.

## PROBABLE CAUSE

6. On or about June 11, 2018, Lee CASAS was indicted for Bank Robbery, in violation of Title 18, United States Code, Section 2133(a) (18-CR- 20533-SCOLA). On October 22, 2018, the Court sentenced him to 20 months' imprisonment and was committed to custody of the Bureau of Prisons (BOP). CASAS' sentence was scheduled to be completed on or about June 20, 2020.

7. On or about May 18, 2020, CASAS was transferred from the Federal Detention Center in Miami, Florida, to the Banyan Community Health Correctional Residential Reentry Center (RRC), a halfway house in Miami, Florida, to serve the remainder of his sentence. CASAS was ordered detained, and in-home confinement status, yet monitored by the Banyan Community Health Correctional Residential Reentry Center at the direction of the Attorney General, by and through the Bureau of Prisons. On the same day, CASAS read, acknowledged, and signed that he understood the facility's rules and regulations, which stated that departure from the Center required approval and that CASAS was subject to criminal charges if he remained unaccounted for after 30 minutes.

8. On or about the afternoon of May 18, 2020, at approximately 1:00 p.m., Banyan Community Health Correctional Residential Reentry Center staff learned that CASAS had left his place of residence without prior authorization.

9. CASAS was placed in escape status on May 18, 2020. At approximately 9:48 p.m., the Banyan Community Health Correctional Residential Reentry Center staff notified the United States Marshals Service in reference to CASAS' recent escape status.

10. On May 19, 2020, having obtained CASAS' phone number from a relative, I spoke with CASAS over the phone. During our conversation, I confirmed his identity, asked his location and advised that he was in escape status. To this, CASAS cursed and stated that he was not going back to jail. When I asked where his ankle monitor was, CASAS admitted that had cut it off and advised that I would not be able to find it.

11. On June 11, 2020, I learned that CASAS was in custody and being treated at the Aventura Medical Center, having been arrested on June 10, 2020 by the Miami Beach Police Department for aggravated domestic battery. At the time of this arrest, CASAS had alleged that he was suffering from some medical issues such that police had taken him to the emergency room. I went to the hospital and confirmed CASAS' identity by looking at him. I know what CASAS looks like because I have reviewed prior arrest and booking photographs as well as local Department of Motor Vehicle/ DAVID databases. I then placed a USMS detainer hold on CASAS relating to his escape from federal custody. CASAS is currently detained in Miami Dade, at the Turner Gilford Knight (TGK) Correctional Facility pending the outcome of his state charges.

12. Based on the aforementioned facts and circumstances of this case, I submit that probable cause exists to believe that, on or about May 18, 2020, in the Southern District of Florida, CASAS, having been previously convicted of a crime punishable by

imprisonment for a term exceeding one year, did knowingly Escape from Custody, in violation of Title 18, United States Code, Section 751(a).

FURTHER YOUR AFFIANT SAYETH NAUGHT

Timothy Hartman
Deputy United States Marshal

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by FaceTime on this __17th__ day of July 2020.

HONORABLE LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE